```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

**ELLIOT MCGUCKEN,**

                **Plaintiff,**

     **- against –**

**167986 CANADA INC., ET AL.,**

                **Defendants.**

**25-cv-1419 (JGK)**

<u>ORDER</u>

---

**JOHN G. KOELTL, District Judge:**

The time for the plaintiff to serve the summons and complaint is extended to **June 5, 2025.** If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 23, 2025**

                                            /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                    **United States District Judge**