UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. ELLIOT McGUCKEN,
                        Plaintiff(s)

       -against-

25 civ 1419 (JGK)

167986 CANADA, INC., et al,
                        Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Wednesday, July 2, 2025, at 2:30pm, is canceled.

**SO ORDERED.**

                                                      JOHN G. KOELTL
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 25, 2025