UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DR. ELLIOT MCGUCKEN,

                    Plaintiff,

        - against -

167986 CANADA INC., ET AL.,

                    Defendants.
_____

                  25-cv-1419 (JGK)

                  ORDER

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held today, the plaintiff shall file an amended complaint by **March 13, 2026.** The defendants may move to dismiss or answer the amended complaint by **April 3, 2026.** If the defendants move to dismiss the amended complaint, the plaintiff may respond by **April 24, 2026.** The defendants may reply by **May 8, 2026.** If the defendants answer the amended complaint, the parties shall file a Rule 26(f) report by **April 24, 2026.**

SO ORDERED.

Dated:    New York, New York
          March 3, 2026

                                John G. Koeltl
                              United States District Judge