UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. ELLIOT MCGUCKEN,

Plaintiff,

- against -

167986 CANADA INC., ET AL,

Defendants.

25-cv-1419 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to submit a Rule 26(f) report by **December 15, 2026.**

SO ORDERED.

Dated: New York, New York
November 23, 2026

John G. Koeltl
United States District Judge